```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DIAHANN GRASTY, | : | CIVIL ACTION |
| | : | NO. 08-3416 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **29th day of September 2009**, after review of the Report and Recommendation of United States Magistrate M. Faith Angell (doc. no. 18) and Plaintiff's Objections thereto (doc. no. 19), it is hereby **ORDERED** for the reasons provided in the accompanying Memorandum that:

1. The Report and Recommendation (doc. no. 18) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Objections to the Report and Recommendation (doc. no. 19) are **OVERRULED**.

3. Plaintiff's Motion for Summary Judgment (doc. no. 9) is **DENIED**.

4. Defendant's Cross Motion for Summary Judgment (doc. no. 11) is **GRANTED**.

4. The final decision of the Commissioner of Social Security is **AFFIRMED** and **JUDGMENT** is entered in

favor of Defendant and against Plaintiff.

**AND IT IS SO ORDERED.**

                          S/Eduardo C. Robreno
                          **EDUARDO C. ROBRENO, J.**